```
1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for Defendants
   ESP SOLUTIONS, LTD.,
6  LOUIS HARTLEY and
   GUNNAR FORSBERG
7
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOFINA, INC., a corporation,<br><br>Plaintiff<br><br>v.<br><br>ESP SOLUTIONS, LTD., a corporation; LOUIS HARLEY [sic], an individual; GUNNAR FORSBERG, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 13-02777-WHO<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERECE; [PROPOSED] ORDER** |

STIPULATION

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel of record, that, in order to allow the parties to continue their settlement negotiations, and in order to conserve judicial resources, the initial Case Management Conference in this action, presently set for September 17, 2013 at 2 p.m., may be continued to October 15, 2013 at 2 p.m. or to another date and time convenient for the Court. All case management deadlines established by Rule 26 of the Federal

1

1 | Rules of Civil Procedure and Local Rule 16 of the Local Rules of this Court are extended accordingly.

2 | DATED: August 26, 2013

BRIAN T. HAFTER
LeClairRyan LLP

_____
Brian T. Hafter
Attorneys for Plaintiff
BIOFINA, INC.

8 | DATED: August 26, 2013

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

_____
Robert T. Sullwold
Attorneys for Defendants
ESP SOLUTIONS, LTD., LOUIS
HARTLEY and GUNNAR FORSBERG

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 28, 2013

_____
United States District Judge