Brian T. Hafter (State Bar No 173151)
LeClairRyan LLP
44 Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel: (415) 391-7111
Fax: (415-391-8766

Attorneys for Plaintiff and Counterclaim-Defendant
BIOFINA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOFINA, INC., a corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>ESP SOLUTIONS, LTD., a corporation; LOUIS HARLEY, an individual; GUNNAR FORSBERG, an individual; and DOES 1 through 10,<br><br>                Defendants. | Case No. CV 13 2777 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## STIPULATION

The parties to this matter, through their respective counsel of record, do hereby agree and stipulate as follows:

1.     On September 23, 2013, counsel for Plaintiff Biofina, Inc. ("Biofina") filed a motion to withdraw as counsel. The motion is scheduled to be heard on October 30, 2013.

2.     There is a case management conference scheduled in this matter for October 15, 2013.

3.     Given the pending motion to withdraw, counsel for Biofina and the defendants respectfully suggest that the Court continue the case management conference to December 3, 2013,

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1

1   so that the motion to withdraw may be heard and/or so Biofina may retain new counsel.  All case

2   management deadlines established by Rule 26 of the Federal Rules of Civil Procedure and local

3   Rule 16 of the Local Rules of this Court are extended accordingly.

4          IT IS SO STIPULATED.

5   Dated:  September 23, 2013                    LeClairRyan LLP

6

7                                              By      /s/
                                                   Brian T. Hafter
8                                                  Attorneys for Plaintiff and Counterclaim-
                                                   Defendant BIOFINA, INC.
9

10  Dated:  September __, 2013                   SULLWOLD & HUGHES

11

12                                             By      /s/
                                                   Robert T. Sullwold
13                                                 Attorneys for Defendants ESP
                                                   SOLUTIONS, LTD., LOUIS HARLEY and
14                                                 GUNNAR FORSBERG

15

16                                 **ORDER**

17          Pursuant to Stipulation, IT IS SO ORDERED.

18

19  Dated:  September 27, 2013
                                                   The Honorable William H. Orrick
20                                                 United States District Judge

21

22

23

24

25

26

27

28
─────────────────────────────────────────
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE