```
Brian T. Hafter (State Bar No 173151)
LeClairRyan LLP
44 Montgomery Street, Suite 1800
San Francisco, CA  94104
Tel:   (415) 391-7111
Fax:  (415-391-8766

Attorneys for Plaintiff and Counterclaim-Defendant
BIOFINA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOFINA, INC., a corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>ESP SOLUTIONS, LTD., a corporation; LOUIS HARLEY, an individual; GUNNAR FORSBERG, an individual; and DOES 1 through 10,<br><br>       Defendants. | Case No. CV 13 2777 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

### **STIPULATION**

The parties to this matter, through their respective counsel of record, do hereby agree and stipulate as follows:

1. On September 23, 2013, counsel for Plaintiff Biofina, Inc. ("Biofina") filed a motion to withdraw as counsel.  The motion is scheduled to be heard on October 30, 2013.

2. There is a case management conference scheduled in this matter for October 15, 2013.

3. Given the pending motion to withdraw, counsel for Biofina and the defendants respectfully suggest that the Court continue the case management conference to December 3, 2013,

---

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE

1

so that the motion to withdraw may be heard and/or so Biofina may retain new counsel.  All case management deadlines established by Rule 26 of the Federal Rules of Civil Procedure and local Rule 16 of the Local Rules of this Court are extended accordingly.

IT IS SO STIPULATED.

Dated:  September 23, 2013               L<small>E</small>C<small>LAIR</small>R<small>YAN</small> LLP


By   /s/
     Brian T. Hafter
     Attorneys for Plaintiff and Counterclaim-
     Defendant BIOFINA, INC.


Dated:  September __, 2013               SULLWOLD & HUGHES


By   /s/
     Robert T. Sullwold
     Attorneys for Defendants ESP
     SOLUTIONS, LTD., LOUIS HARLEY and
     GUNNAR FORSBERG

### ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:  September 27, 2013               _____
                                         The Honorable William H. Orrick
                                         United States District Judge

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

2