Robert B. Vrooman (SBN 133511)
Law Office of Robert B. Vrooman
927 Pacific Court
Walnut Creek, CA 94598
Tel: (925) 465-4050
Fax: (925) 465-4046

Attorneys for Plaintiff
BIOFINA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOFINA, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>ESP SOLUTIONS, LTD., a corporation; LOUIS HARLEY, an individual; GUNNAR FORSBERG, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 13 2777 WHO<br><br>SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff BIOFINA, INC. hereby substitutes Robert B. Vrooman of the Law Office of Robert B. Vrooman as its counsel of record in place of Brian T. Hafter. Mr. Vrooman's contact information is:

Robert B. Vrooman
Law Office of Robert B. Vrooman
927 Pacific Court
Walnut Creek, CA 94598
Telephone: (925) 465-4050
Telefax: (925) 465-4046
Email: RBVrooman@comcast.net

I consent to this substitution.

Dated: **November 18**, 2013

_____
On behalf of Plaintiff BioFina, Inc.

Dated: **NOVEMBER 18**, 2013

_____
On behalf of Law Office of Robert B. Vrooman, new counsel

Dated: **11/18**, 2013

_____
On behalf of Brian T. Hafter, former counsel

[PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

Dated: November 19, 2013        /s/ W. H. Oe

CERTIFICATE OF FILING

I hereby certify that on 11/18/2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

By: /s/ Brian T. Hafter

BRIAN T. HAFTER
Attorneys for Plaintiff
BIOFINA, INC.
LeClairRyan LLP
44 Montgomery St., 18th Floor
San Francisco, CA 94104
(415) 391-7111, Fax (415) 391-8766
Brian.hafter@leclairryan.com