UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOFINA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ESP SOLUTIONS, LTD., et al.,<br><br>        Defendants. | Case No. 13-cv-02777-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 22 |

Pursuant to Joint Stipulation of Dismissal with Prejudice of Entire Action, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 3, 2013

                                         WILLIAM H. ORRICK
                                         United States District Judge